

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00390-CR through 04-13-00392-CR

David **LOVEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013-CR-3348, 2013-CR-3349, 2013-CR-3350
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED October 15, 2014.

_____
Rebeca C. Martinez, Justice